IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL VIGIL,

     Plaintiff,                        No. CIV S-05-0329 DFL KJM PS

     vs.

WELLS FARGO BANK,

     Defendant.                  <u>ORDER</u>

_____/

     A status conference was held in this matter on July 27, 2005 before the undersigned. Plaintiff appeared in propria persona. Kevin MacDougald appeared telephonically for defendant. Upon consideration of the status reports on file in this action, discussion of plaintiff and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

     1. A settlement conference is set before the undersigned on September 1, 2005 at 1:30 p.m.

     2. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within thirty days from the date of this order.

     3. Discovery, including the hearing of discovery motions, shall be completed by

/////

1  November 30, 2005.  Discovery motions, if needed, shall be filed in accordance with Local Rule
2  37-251.
3             4.  Dispositive motions, other than discovery motions, shall be noticed to be heard
4  by January 11, 2006.
5             5.  The pretrial conference is set before the Honorable David F. Levi on February
6  10, 2006 at 2:00 p.m.  Pretrial statements shall be filed in accordance with Local Rule 16-281.
7             6.  Trial of this matter is set before the Honorable David F. Levi on April 10, 2006
8  at 9:00 a.m.  The parties shall file trial briefs in accordance with  Local Rule 16-285.
9  DATED:  July 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
vigil.oas

2