IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL VIGIL,

    Plaintiff,           No. CIV S-05-0329 DFL KJM PS

    vs.

WELLS FARGO BANK,

    Defendant.           ORDER

_____/

    Plaintiff has filed a notice of dismissal with prejudice.  Accordingly, IT IS HEREBY ORDERED that:

    1. This action is dismissed with prejudice.

    2. The Clerk of Court is directed to enter judgment accordingly.

DATED: October 3, 2005.

                                                   UNITED STATES MAGISTRATE JUDGE

006
vigil.dis